**Order entered May 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00027-CV

### LAZARUS IROH, ANDREW OKAFOR, ET AL, Appellants

### V.

### EMMANUEL IGWE, Appellee

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-11-07596-D**

## ORDER

Before the Court is appellee's May 2, 2013 motion to extend time to file appellee's reply brief and cross-appellant's brief. Appellee's motion is **GRANTED**. Appellee's reply brief and cross-appellant's brief shall be filed on or before May 10, 2013.

/s/    ELIZABETH LANG-MIERS
          JUSTICE